United States Bankruptcy Court
Eastern District of New York

_____X

Michael Vanacore                                                    Case no. 16-72398

Debtor

_____X

**Explanation for Lack Of Pay Stubs**

I regret to inform this court that I do not have any paystubs because I have received no income of any sort in the last three other than money my wife has given me. *years*

Dated: 2/15/16

Michael Vanacore